AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Northern District of California

Peterson
Plaintiff(s),

v.

AWJ Global Sustainable Fund, LP
Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:15-cv-00650-CRB

Notice is hereby given that, subject to approval by the court, AWJ Global Sustainable Fund, LP (Party(s) Name) substitutes Jason N. Haycock (Name of New Attorney), State Bar No. 278983 as counsel of record in place of Rachel R. Davidson (Name of Attorney(s) Withdrawing Appearance).

Contact information for new counsel is as follows:

Firm Name: K&L Gates LLP
Address: Four Embarcadero Center, Suite 1200
Telephone: (415) 882-8200    Facsimile: (415) 882-8220
E-Mail (Optional): jason.haycock@klgates.com

I consent to the above substitution.
Date: 04/23/2015
*Matthew Fitzmaurice* (Signature of Party(s))

I consent to being substituted.
Date: 4/24/15
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: 04/29/15
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: May 4, 2015
(Judge)

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]