UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STUART L PETERSON,<br>   Plaintiff,<br>  v.<br>AWJ GLOBAL SUSTAINABLE FUND, LP,<br>   Defendant. | Case No. 15-cv-00650-CRB   (ADR)<br><br>**ORDER RE: REPORT OF MATERIAL VIOLATIONS OF THE ADR LOCAL RULES** |

The court has received defendant's complaint regarding material violations of the ADR Local Rules.

Pursuant to ADR L. R. 3-4(b), and as further explained in the Commentary to ADR L.R 8-2, cases that utilize a private ADR provider "are not subject to the enforcement, immunity, or other provisions of the ADR Local Rules." Accordingly, the ADR Magistrate Judge has no authority to consider defendant's complaint.

**IT IS SO ORDERED.**

Dated: July 8, 2015

           _____
           Maria-Elena James
           United States Magistrate Judge