1  ROCKY C. TSAI (CSB # 221452)
   ANNE JOHNSON PALMER (CSB # 302235)
2  KEVIN P. DALY (CSB # 298542)
   rocky.tsai@ropesgray.com
3  anne.johnsonpalmer@ropesgray.com
   kevin.daly@ropesgray.com
4  Ropes & Gray LLP
   Three Embarcadero Center, Suite 300
5  San Francisco, California 94111-4006
   Tel:         (415) 315-6300
6  Fax:         (415) 315-6350

7  Attorneys for Plaintiff
   STUART L. PETERSON
8
   Michael D. Ricciuti (Admitted *Pro Hac Vice*)
9  Patrick C. McCooe (Admitted *Pro Hac Vice*)
   K&L Gates LLP
10 State Street Financial Center
   One Lincoln Street
11 Boston, MA 02111
   Telephone: (617) 261-3100
12 Facsimile: (617) 261-3175

13 Jason N. Haycock (State Bar No. 278983)
   K&L Gates LLP
14 Four Embarcadero Center, Suite 1200
   San Francisco, CA 94111
15 Telephone:   (415) 882-8200
   Facsimile:   (415) 882-8220
16
   Attorneys for Defendant
17 AWJ GLOBAL SUSTAINABLE FUND L.P.

18

19                UNITED STATES DISTRICT COURT

20                NORTHERN DISTRICT OF CALIFORNIA

21                    SAN FRANCISCO DIVISION

22

23

24

25

26

27

28

**Stipulation and Proposed Order to Release and Pay Funds Deposited With the Court Pursuant to Rule 67**
**Case No. 3:15-cv-00650-CRB**

|   |   |
|---|---|
| STUART L. PETERSON,<br><br>    Plaintiff,<br><br>    v.<br><br>AWJ GLOBAL SUSTAINABLE FUND L.P.,<br><br>    Defendant. | Case No. 3:15-cv-00650-CRB<br><br>**STIPULATION AND** ~~PROPOSED~~ **ORDER TO RELEASE AND PAY FUNDS DEPOSITED WITH THE COURT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 67** |

WHEREAS, during the Joint Case Management Conference in the above-captioned matter, Defendant AWJ Global Sustainable Fund L.P. ("AWJ GSF") asked to deposit certain funds at issue in this case with the Court pursuant to Fed. R. Civ. P. 67;

WHEREAS, on July 17, 2015, the Court entered a Minute Entry allowing, among other things, "defendant [to] deposit money with the Court pursuant to Rule 67," *see* Dkt. No. 29;

WHEREAS, on September 15, 2015, the Court, upon a motion by AWJ GSF, entered an order formalizing the July 17, 2015 Minute Entry that authorized AWJ GSF to deposit $613,028.13 with the Court pursuant to Fed. R. Civ. P. 67;

WHEREAS, on or about September 23, 2015, AWJ GSF deposited $613,028.13 (the "Deposited Funds") with the Court pursuant to the September 15, 2015 order;

WHEREAS, on November 17, 2015, a Settlement Conference was held in this case before Chief Magistrate Judge Joseph C. Spero;

WHEREAS, at the November 17, 2015 Settlement Conference, the parties reached a binding settlement entered into the record;

WHEREAS, pursuant to the settlement reached at the November 17, 2015 Settlement Conference, the parties agree that the Deposited Funds shall be released by the Court and paid to Plaintiff Stuart L. Peterson ("Peterson") on or before December 17, 2015;

NOW, THEREFORE, AWJ GSF and Stuart Peterson, by and through their respective counsel, hereby stipulate and respectfully request that the Court enter an order providing that the Deposited Funds in the amount of $613,028.13 shall be released by the Court and paid by check, payable to Stuart Peterson, which shall be mailed by the Court to the following address by no later than December 17, 2015:

> ARTIS Ventures
> 988 Market Street
> San Francisco, CA 94102
> ATTN: Robert Riemer

| | |
|---|---|
| | Respectfully submitted, |
| Dated: November 20, 2015 | |
| | By: /s/ Rocky C. Tsai |
| | Rocky C. Tsai<br>Anne Johnson Palmer<br>Kevin P. Daly<br>ROPES & GRAY LLP |
| | Attorneys for Plaintiff<br>STUART L. PETERSON |
| Dated: November 20, 2015 | |
| | By: /s/ Patrick C. McCooe |
| | Michael D. Ricciuti<br>Patrick C. McCooe<br>Jason N. Haycock<br>K&L GATES LLP |
| | Attorneys for Defendant<br>AWJ GLOBAL SUSTAINABLE<br>FUND L.P. |

**~~PROPOSED~~ ORDER**

Pursuant to the parties' stipulation, the Court hereby ORDERS as follows:

The amount of $613,028.13 deposited with the Court in this action pursuant to Fed. R. Civ. P. 67 shall be released by the Court and paid by check, payable to Stuart Peterson, which shall be mailed by the Court to the following address by no later than December 17, 2015:

> ARTIS Ventures
> 988 Market Street
> San Francisco, CA 94102
> ATTN: Robert Riemer

IT IS SO ORDERED.

Dated: November 23, 2015

By: /s/ Charles R. Breyer

Hon. Charles R. Breyer
United States District Judge

**FILER'S ATTESTATION**

I, Rocky C. Tsai, am the ECF User whose identification and password are being used to file this STIPULATION AND PROPOSED ORDER TO RELEASE AND PAY FUNDS DEPOSITED WITH THE COURT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 67. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that counsel for Defendant concurs in this filing.

By     /s/ Rocky C. Tsai
Rocky C. Tsai