ROCKY C. TSAI (CSB # 221452)
ANNE JOHNSON PALMER (CSB # 302235)
KEVIN P. DALY (CSB # 298542)
rocky.tsai@ropesgray.com
anne.johnsonpalmer@ropesgray.com
kevin.daly@ropesgray.com
Ropes & Gray LLP
Three Embarcadero Center, Suite 300
San Francisco, California 94111-4006
Tel:           (415) 315-6300
Fax:          (415) 315-6350

Attorneys for Plaintiff
STUART L. PETERSON

Michael D. Ricciuti (Admitted *Pro Hac Vice*)
Patrick C. McCooe (Admitted *Pro Hac Vice*)
K&L Gates LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Telephone: (617) 261-3100
Facsimile: (617) 261-3175

Jason N. Haycock (State Bar No. 278983)
K&L Gates LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone:    (415) 882-8200
Facsimile:    (415) 882-8220

Attorneys for Defendant
AWJ GLOBAL SUSTAINABLE FUND L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STUART L. PETERSON,<br><br>         Plaintiff,<br><br>     v.<br><br>AWJ GLOBAL SUSTAINABLE FUND L.P.,<br><br>         Defendant. | Case No. 3:15-cv-00650-CRB<br><br>**AMENDED STIPULATION AND PROPOSED ORDER TO RELEASE AND PAY FUNDS DEPOSITED WITH THE COURT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 67** |

1
2
3
4         WHEREAS, on November 20, 2015, Plaintiff Stuart L. Peterson ("Peterson") and Defendant AWJ Global Sustainable Fund L.P. ("AWJ GSF") filed a stipulation and proposed order that $613,028.13 that AWJ GSF had deposited with the Court be released and paid by check to Peterson by December 17, 2015;

          WHEREAS, on November 24, 2015, the Court entered an order granting the parties' stipulation;

          WHEREAS, following the entry of the November 24, 2015 order, the Court's Finance Department notified the parties that the amount AWJ GSF had deposited with the Court was in fact $613,028.18, which is $0.05 more than the amount referenced in the parties' prior stipulation and proposed order.  The Finance Department also requested that the parties amend the Court's November 24, 2015 order to reflect the correct amount deposited by AWJ GSF;

          NOW, THEREFORE, Peterson and AWJ GSF, by and through their respective counsel, hereby stipulate and respectfully request that the Court amend its November 24, 2015 order to provide that the total amount deposited by AWJ GSF ($613,028.18) be released by the Court and paid by check payable to Stuart Peterson, which shall be mailed by the Court to the following address by no later than December 17, 2015:

          ARTIS Ventures
          988 Market Street
          San Francisco, CA 94102
          ATTN:  Robert Riemer

| | |
|---|---|
| 1 | Respectfully submitted, |
| 2 | |
| 3 | Dated: November 25, 2015 |
| 4 | |
| 5 | By: /s/ Rocky C. Tsai |
| 6 | Rocky C. Tsai |
|   | Anne Johnson Palmer |
| 7 | Kevin P. Daly |
|   | ROPES & GRAY LLP |
| 8 | |
|   | Attorneys for Plaintiff |
| 9 | STUART L. PETERSON |
| 10 | Dated: November 25, 2015 |
| 11 | |
| 12 | By: /s/ Patrick C. McCooe |
| 13 | Michael D. Ricciuti |
|    | Patrick C. McCooe |
| 14 | Jason N. Haycock |
|    | K&L GATES LLP |
| 15 | |
|    | Attorneys for Defendant |
| 16 | AWJ GLOBAL SUSTAINABLE |
|    | FUND L.P. |

Amended Stipulation and Proposed Order to Release and Pay Funds Deposited With the Court Pursuant to Federal Rule of Civil Procedure 67
Case No. 3:15-cv-00650-CRB

2

**PROPOSED ORDER**

The parties' Amended Stipulation and Proposed Order to Release and Pay Funds Deposited With the Court Pursuant to Federal Rule of Civil Procedure 67 is GRANTED.

The Court's November 24, 2015 order is hereby amended as follows:

The amount of $613,028.18 deposited with the Court in this action pursuant to Fed. R. Civ. P. 67 shall be released by the Court and paid by check, payable to Stuart Peterson, which payment shall be mailed by the Court to the following address by no later than December 17, 2015:

> ARTIS Ventures
> 988 Market Street
> San Francisco, CA 94102
> ATTN: Robert Riemer

IT IS SO ORDERED.

Dated: November 25, 2015

By: _____
Hon. Charles R. Breyer
United States District Judge

Amended Stipulation and Proposed Order to Release and Pay Funds Deposited With the Court Pursuant to Federal Rule of Civil Procedure 67
Case No. 3:15-cv-00650-CRB

3

**FILER'S ATTESTATION**

I, Rocky C. Tsai, am the ECF User whose identification and password are being used to file this AMENDED STIPULATION AND PROPOSED ORDER TO RELEASE AND PAY FUNDS DEPOSITED WITH THE COURT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 67. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that counsel for Defendant concurs in this filing.

By   /s/ Rocky C. Tsai
Rocky C. Tsai

Amended Stipulation and Proposed Order to Release and Pay Funds Deposited With the Court Pursuant to Federal Rule of Civil Procedure 67
Case No. 3:15-cv-00650-CRB

4